**FILED**

SEP 27 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RHETT SMITH, | § | |
| | § | |
| Plaintiff | § | Civil Action |
| | § | No. SA-6-CA-902-RF |
| v. | § | |
| | § | Appeal No. 7-50793 |
| JOHN HAGEE, | § | |
| | § | |
| Defendant | § | |

# ORDER

Plaintiff Rhett Smith filed a document (Docket Entry # 35) stating "Per U.S. Court of Appeals . . . Plaintiff refiles above case." Construing this document as a motion to reconsider this Court's Order dismissing his 42 U.S.C. § 1983 Civil Rights Complaint, the motion is **DENIED**. Plaintiff failed to identify an error of law or fact or other grounds warranting relief from judgment pursuant to Fed. R. Civ. P. 60(b). Construing this document as a motion to reconsider the Court of Appeals dismissal of his appeal, the relief sought is beyond this Court's authority and the motion is **DENIED**.

DATED: September 27th, 2007

_____
ROYAL FURGESON
United States District Judge